UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Dennis A. Beveridge,

Plaintiff,

vs. MINUTE ORDER

Northwest Airlines, Inc.,

Defendant. Civ. No. 01-1416 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 3rd day of January, 2002.

* * *

On January 2, 2002, the Court heard argument on the Defendant's informal Motion to Compel discovery responses from the Plaintiff and, given the delay in the Plaintiff's discovery, the Defendant also seeks an extension in its expert disclosure date. At the time of the Hearing, the Defendant appeared by Matthew E. Johnson and Kurt J. Erickson, Esqs., and the Plaintiff appeared by Kyle H. Torvinen, Esq. The Plaintiff acknowledged its responsibility to respond on a timely basis to the Defendant's discovery requests, and cites the press of business for the current delays in the Plaintiff's discovery. The Plaintiff advises that full discovery responses will be in the Defendant's hands by no later than January 11, 2002, and that is our directive as well.

FILED JAN 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

In view of the delay to date in the Plaintiff's discovery responses, we find good cause to extend the Defendant's expert disclosures, if any there be, until February 15, 2002, which is also the date on which discovery will close. The parties advise that depositions of the expert witnesses are not anticipated and, therefore, no one will be prejudiced by an expert disclosure date that effectively precludes a deposition of the expert.

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiff shall fully respond to the Defendant's outstanding discovery requests, such that the discovery responses are in the hands of counsel for the Defendant, **by no later than January 11, 2002.**

2. That, for good cause shown, the Defendant shall produce its expert disclosures **by no later than February 15, 2002.**

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE