**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dennis A. Beveridge,

Plaintiff,

vs.

Northwest Airlines, Inc.,

Defendant.

Civ. No. 01-1416 (MJD/RLE)

**STIPULATION AND ORDER CONCERNING DEFENDANT'S DISCOVERY DEADLINE**

## STIPULATION

Plaintiff and Defendant hereby agree as follows:

WHEREAS on January 29, 2002, the Court extended the deadline for Defendant to complete its discovery to March 1, 2002; and

WHEREAS on February 5, 2002, Defendant noticed Plaintiff's deposition for February 14, 2002; and

WHEREAS on February 13, 2002, the deposition that was scheduled for February 14, 2002, was postponed because of an apparent misunderstanding or miscommunication between the parties; and

WHEREAS, because of schedule conflicts, the parties cannot find a mutually agreeable date for the deposition of Plaintiff before the March 1, 2002, deadline for Defendant's discovery; and

WHEREAS Defendant cannot complete the deposition of Plaintiff and all necessary follow-up discovery by the March 1, 2002, deadline for Defendant's discovery; and

DN: 140789

16 17

FILED FEB 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS Defendant should be permitted to complete its discovery after the present March 1, 2002, deadline and should be allowed a reasonable amount of time following its discovery to make its expert disclosures; and

WHEREAS an extension of the March 1, 2002, deadline for Defendant's discovery will not the Court-ordered deadlines for dispositive motions or for trial.

NOW THEREFORE, the parties agree as follows:

1. Notwithstanding the Court's previous orders, Defendant may take the deposition of Plaintiff by not later than March 15, 2002.

2. Notwithstanding the Court's previous orders, Defendant may take the deposition of persons other than Plaintiff by not later than March 29, 2002.

3. Notwithstanding the Court's previous orders, the deadline for Defendant's expert disclosures shall be April 12, 2002.

4. Notwithstanding the Court's previous orders, the deadline for non-dispositive motions shall be April 12, 2002.

Dated: February 21, 2002

HENDRICKS, KNUDSON, GEE, HAYDEN,
TORVINEN & WEIBY, S.C.

By: Kyle H. Torvinen

Kyle H. Torvinen, Minn. Reg. No. 245100
Suite 312
1507 Tower Avenue
Superior, Wisconsin 54880
Telephone: (715) 394-7751

ATTORNEYS FOR PLAINTIFF

Dated: February 20, 2002

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By: [signature]

Tracy J. Van Steenburgh, Reg. No. 141173
Matthew E. Johnson, Reg. No. 235945
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838

ATTORNEYS FOR DEFENDANT

**ORDER**

IT IS SO ORDERED.

DATE: 2/22, 2002

[signature]
HONORABLE RAYMOND L. ERICKSON
UNITED STATES MAGISTRATE JUDGE