# *United States District Court*
# *District of Minnesota*
## *Third Division - St. Paul*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 01-1416 MJD/RLE
Title of Action: Dennis A. Beveridge v. Northwest Airlines, Inc.

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by Northwest Airlines in the above entitled action on April 23, 2003.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: April 28, 2003

RICHARD D. SLETTEN, CLERK

By Julie Rustad
Julie M. Rustad, Deputy Clerk

(67)

FILED 4-28-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK