UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dennis A. Beveridge,
Plaintiff,

Civil 01-1416 MJD/RLE

v.

Northwest Airlines, Inc.

Defendant.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees for service of summons and subpoena | $214.50 | $ 0 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $1,190.18 | $1,190.18 |
| Fees for exemplification and copies | $585.33 | $ 0 |
| Other costs | $117.57 | $ 0 |
| TOTAL: | $2,107.58 | $1,190.18 |

Costs, therefore, are taxed in the sum of One Thousand One Hundred and Ninety Dollars and 18/100 ($1,190.18) in favor of Defendant Northwest Airlines, Inc. and against Plaintiff Dennis A. Beveridge and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of May 16, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti
Law Clerk

FILED MAY 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK